In the Matter of the Claim of Benjamin Lorchitsky, Respondent, against Gotham Folding Box Company et al., Appellants.

The State Industrial Commission, Respondent.

(Submitted May 11, 1925; decided May 15, 1925.)

Motion to amend remittitur denied, without costs. (See 230 N. Y. 8.)